```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  EL DORADO DIVISION
```

GREGORY HONEYCUTT
                                                    PLAINTIFF

v.                          CASE NO. 07-1027

JUDGE PHILLIP FOSTER, of
the Ouachita County District
Court, Camden, State of Arkansas,
in his individual and official
capacities                                          DEFENDANT

## ORDER

Before the Court is Plaintiff's Second Motion for New Trial/Reconsideration and Motion for Findings of Facts and Conclusions of Law (Doc. 22; Brief Doc. 23). Plaintiff seeks, yet again, Reconsideration of this Court's previous order granting, in part, Defendant's Motion to Dismiss, as well as reconsideration of Plaintiff's original Motion for Reconsideration.

Plaintiff's Motion for Reconsideration states again this court erred in dismissing his claim concerning the $5,000.00 jurisdictional limit in its Order on the Motion to Dismiss.

The Court has reviewed the previous Orders in this Case. While Plaintiff contends the denial of his Motion for Reconsideration was based upon clear errors of law, he has not presented any argument on reconsideration that was not presented in his responses to the Motion to Dismiss. Plaintiff has simply restated the basis on which he believes his claims of delay should not be dismissed. Those arguments have been duly considered and

denied.  Accordingly, the Second Motion for Reconsideration is DENIED.

Should Plaintiff file another motion to reconsider this ruling, the Court will schedule a hearing at which time it will consider imposing substantial sanctions against Plaintiff.

IT IS SO ORDERED.

Dated:   July 24, 2007

                                        */s/ Robert T. Dawson*
                                        Robert T. Dawson
                                        United States District Judge