```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  EL DORADO DIVISION
```

GREGORY HONEYCUTT                                    PLAINTIFF

v.                    CASE NO: 07-1027

JUDGE PHILLIP FOSTER,
of the Ouachita County
District Court, Camden,
State of Arkansas, in his
individual and official capacities                   DEFENDANT

### ORDER

Plaintiff filed this action on April 17, 2007, alleging violations of 42 U.S.C. §§ 1983, 1986, and 1988, as well as state law claims of abuse of process, abuse of office, malfeasance/misfeasance/nonfeasance, outrage, and violations of due process and equal protection.  Before the Court is Defendant's Renewed Motion to Dismiss (Doc. 27), and Brief in Support (Doc. 28), Plaintiff's Response in Opposition (Doc. 29), and Brief in Support (Doc. 30), and Defendant's Reply (Doc. 31). For the following reasons, the Defendant's Renewed Motion to Dismiss is **GRANTED** and the Plaintiff's Complaint is **DISMISSED** with prejudice.

Plaintiff filed suit against Stone Timber Company in Ouachita County District Court before Judge Phillip Foster in 2004.  On March 24, 2005, Plaintiff filed a Motion to Transfer

the case to Union County Circuit Court. On April 12, 2005, Plaintiff filed a Second Motion to Transfer. Plaintiff sought to transfer based on lack of jurisdiction and venue in the Ouachita County District Court for the counterclaim filed was in excess of the jurisdictional limit of $5000 and the case involved damage to real property. On June 27, 2005, Plaintiff requested a summary disposition of the motions, or in the alternative, a hearing. The matter was scheduled for a hearing on October 27, 2005. After the hearing, the matter was taken under advisement. On November 2, 2005, Plaintiff filed a trial brief. Plaintiff twice inquired, via letter, as to the status of the case. Both he and his attorney also made numerous phone calls and were informed the matter was under advisement.

Plaintiff filed a Petition for Writ of Mandamus on November 21, 2006. On December 5, 2006, Defendant issued an Order denying the Motion to Transfer on the grounds that venue was proper. The order did not address the lack of jurisdiction issue. Plaintiff then filed this action on April 17, 2007. The Plaintiff's complaint alleged two errors. One, Plaintiff contended the delay in the ruling deprived him of rights under Arkansas law, the federal Constitution, and the state Constitution ("delay claim"). Two, Plaintiff alleged the Defendant violated Arkansas law, the federal Constitution, and the state Constitution by retaining the case, where there was no

subject matter jurisdiction ("retention claim").

The Defendant filed a Motion to Dismiss (Doc. 15) based on judicial immunity as well as waiver and estoppel. The Court granted in part and denied in part the Defendant's motion. The Court dismissed the delay claim finding that the delay was "clearly part of the judicial function", and therefore, the Defendant was entitled to judicial immunity. However, the Court allowed the retention claim to proceed to determine if the "Plaintiff could make a case where Defendant exceeded his jurisdiction by retaining a case which involved a land dispute." The Court ruled that judicial immunity is overcome in the event such action is taken in complete absence of all jurisdiction. The case is now before the Court on the Defendant's Renewed Motion to Dismiss (Doc. 27). On September 7, 2007, the Ouachita County District Court, through Judge Foster, issued an Order in the underlying case that transferred that case to the Circuit Court of Ouachita County. The District Court found that it had properly disposed of the Plaintiff's Motion for Transfer on the basis that Union County was not a proper venue, but transferred the case to the Ouachita Circuit Court "out of an abundance of caution". The transfer to the Circuit Court eliminates the retention of the underlying case, and this Court concludes the retention claim is MOOT.

Accordingly, the Defendant's Renewed Motion to Dismiss is

**GRANTED** and the Plaintiff's Complaint is **DISMISSED** with prejudice.

   IT IS SO ORDERED this 10th day of December 2007.

                              */s/ Robert T. Dawson*
                              Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**