IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GREGORY HONEYCUTT                                              PLAINTIFF

v.                        CASE NO: 07-1027

JUDGE PHILLIP FOSTER,
of the Ouachita County
District Court, Camden,
State of Arkansas, in his
individual and official capacities                             DEFENDANT

### JUDGMENT

For reasons set forth in the Order, filed contemporaneously herewith, Defendant's Renewed Motion to Dismiss is **GRANTED** and the Plaintiff's Complaint is **DISMISSED** with prejudice.

IT IS SO ORDERED this 10th day of December 2007.

>                              */s/ Robert T. Dawson*
>                              Robert T. Dawson
>                              United States District Judge

**AO72A**
**(Rev. 8/82)**